In the Matter of the Application of JOHN C. CARAMANIS, the Guardian of the Estate of CONSTANTINE COUMOULOS, an Infant, and Other Infants, over the Age of Fourteen Years, for the Payment of an Award for Damage Parcel No. 6, on Damage Map Showing Property on the Easterly Side of Bogart Avenue and the Westerly Side of Radcliff Avenue, Bronx — Premises Selected as a Site for

School Purpose.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.